IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | Case No: 12 CR 632 |
| v. | ) | |
| | ) | Chief Judge Ruben Castillo |
| Abraham Brown, et al., | ) | |

## ORDER

The Government's motion to dismiss Counts Three and Four of the Indictment pursuant to Fed.R.Crim.P. 48 and Amend Count Five of the Indictment [288] is granted. Counts Three and Four of the Indictment are dismissed without prejudice as to defendants Abraham Brown, Kenneth Taylor, Alfred Washington, and Christopher Davis.

Date: January 20, 2015          /s/ Chief Judge Ruben Castillo

2015 JAN 20 PM 2:05