UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 12 CR 632 |
| v. | ) | |
| | ) | Chief Judge Rubén Castillo |
| ABRAHAM BROWN, et al. | ) | |

## ORDER DISMISSING COUNTS

Upon consideration of the motion of the United States, it is hereby ordered that the following counts of the indictment are dismissed without prejudice:

- As to defendants Abraham Brown, Kenneth Taylor, Alfred Washington, and Christopher Davis, Count Three, which alleges a violation of Title 21, United States Code, Section 846, and associated Forfeiture Allegation One.

- As to defendants Abraham Brown, Kenneth Taylor, Alfred Washington, and Christopher Davis, Count Four which alleges a violation of Title 21, United States Code, Section 846, and associated Forfeiture Allegation One.

The government's motion for amendment of Count Five and Forfeiture Allegation Two is also granted. The Clerk of the Court is ordered to enter the amended indictment onto the docket in this case.

E N T E R:

RUBÉN CASTILLO
United States District Judge

DATED: 1/20/15