UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABRAHAM BROWN et al., | No. 12 CR 632<br><br>Chief Judge Rubén Castillo |

**GOVERNMENT'S UNOPPOSED MOTION TO
UNSEAL DEFENDANTS' MOTION TO DISMISS**

The government moves to unseal defendants' motion to dismiss the indictment and exhibits, including the report of Professor Jeffrey Fagan. (Dkt. 510.) The government requests that these documents no longer be subject to the protective order in this matter. (Dkt. 204, 512.) The government further requests that the supplemental appendix to the motion to dismiss (Dkt. 511) remain under seal and subject to the protective order.

The government has discussed this motion with counsel for the defendants, who have no objection.

                                              Respectfully submitted,

                                              ZACHARY T. FARDON
                                              United States Attorney

                             By:    /s/ *Marc Krickbaum*
                                              MARC KRICKBAUM
                                              Assistant U.S. Attorney
                                              219 South Dearborn St., Rm. 500
                                              Chicago, Illinois 60604
                                              (312) 353-4224

Dated: September 21, 2016

1