UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABRAHAM BROWN et al., | No. 12 CR 632<br><br>Chief Judge Rubén Castillo |

**NOTICE OF MOTION**

On Tuesday September 27, 2016 at 9:45 a.m. or as soon after as counsel may be heard, I will appear before Chief Judge Castillo in his usual courtroom in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and will present the government's unopposed motion to unseal defendants' motion to dismiss the indictment.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: /s/ *Marc Krickbaum*
MARC KRICKBAUM
Assistant U.S. Attorney
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 353-4224

Dated: September 21, 2016

1