**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| United States of America ) | |
| ) | Case No: 12 CR 632 |
| v. ) | |
| ) | Chief Judge Ruben Castillo |
| Abraham Brown, et al., ) | |

**ORDER**

Upon review, the government's unopposed motion (R. 515) to unseal Defendants' motion to dismiss is GRANTED. The clerk is DIRECTED to unseal Defendants' motion (R. 510) and the exhibits attached thereto (R. 510-1, R. 510-2, R. 510-3, R. 510-4, and R. 510-5). Defendants' supplemental appendix (R. 511) shall remain under seal, as it contains sensitive materials outlining law-enforcement tactics and strategies, the release of which would impair the compelling governmental interest in detecting and arresting violators of the law. *See Press-Enter. Co. v. Superior Ct.*, 478 U.S. 1, 8-10 (1986); *Globe Newspaper Co. v. Superior Ct.*, 457 U.S. 596, 606-08 (1982); *Dellwood Farms, Inc. v. Cargill, Inc.*, 128 F.3d 1122, 1125-26 (7th Cir. 1997). The motion hearing set for 9/27/2016 is stricken.

Date: September 22, 2016                              /s/ Chief Judge Ruben Castillo